IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-755-*** |
| | ) | |
| S-TECH CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER CONFIRMING SERVICE AND EXTENDING TIME**

WHEREAS, defendant S-Tech Co., Ltd. ("S-Tech") stipulates that it has been served with process in this action, and that it will not contest service of process in this action;

IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, subject to the approval of the Court, that the Complaint will be deemed to be properly served on S-Tech as of the date the Court enters this Stipulation, that S-Tech has not waived any jurisdictional defenses by entering into this Stipulation, and that the time within which S-Tech may move, answer, or otherwise respond to the Complaint is extended to and including August 1, 2007.

_____
Francis DiGiovanni (#3189)
Connolly Bove Lodge and Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

Dated: June __, 2007

_____
Sung-Eun Stephan Kim
Partner, Foreign Legal Consultant
Sojong Partners, Attorneys At Law
9th Floor, Star Tower
737 Yeoksam 1-dong, Kangnam-ku
Seoul, 135-984, Korea
Tel : 82-2) 2112-1114
sekim@sojong.com

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge