IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-755-*** |
| | ) | |
| S-TECH CO., LTD., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATED ORDER EXTENDING TIME

WHEREAS, plaintiff and defendant S-Tech Co., Ltd. ("S-Tech") have engaged in discussions regarding this dispute, and seek additional time to continue these discussions prior to the filing of a responsive pleading;

IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, subject to the approval of the Court, that the time within which S-Tech may move, answer, or otherwise respond to the Complaint is extended to and including September 10, 2007.

*Dan Harbkou for (#3954)*

_____
Francis DiGiovanni (#3189)
Connolly Bove Lodge and Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

Dated: ~~July~~ August 2, 2007

_____
Sung-Eun Stephan Kim
Partner, Foreign Legal Consultant
Sojong Partners, Attorneys At Law
9th Floor, Star Tower
737 Yeoksam 1-dong, Kangnam-ku
Seoul, 135-984, Korea
Tel : 82-2) 2112-1114
sekim@sojong.com

SO ORDERED this _____ day of _____, 2007.

_____
United States Magistrate Judge