<u>EXHIBIT A</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and <br> PARKER INTANGIBLES, LLC <br>     Plaintiffs, <br><br> v. <br><br> S-TECH CO., LTD., <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 06-755-*** <br> ) <br> ) <br> ) <br> ) |

<u>FINAL JUDGMENT BY CONSENT</u>

    Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC (jointly and severally "Parker") and Defendant S-Tech Co., Ltd. ("S-Tech") having executed a License and Settlement Agreement dated _APRIL 15_, 2008 (the "Agreement") in settlement of this action and having consented to the entry of this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    This Court has jurisdiction over the subject matter of this action.

    2.    Parker is the owner of the entire right, title and interest in and to United States Letters Patent Nos. 6,387,523; 6,521,348; 6,716,536; and 6,777,095 including all rights of recovery for infringement thereof.

    3.    Each party shall bear its own costs and attorneys' fees.

    4.    This action shall be dismissed without prejudice.


ENTERED, this _____ day of _____, 2008.



_____
United States District Court Judge

CONSENTED AND AGREED TO:

PARKER HANNIFIN CORPORATION ("Plaintiff")

By: _____
Name: William Lionetta
Title: Global Director New Business Development
Date: 4/2/08

S-TECH CO., LTD. ("Defendant")

By: _____
Name: Jo Jae We
Title: Representative director
Date: 4/15/08

And,

PARKER INTANGIBLES, LLC ("Plaintiff")

By: _____
Name: THOMAS A. PIRAINO, JR.
Title: V. President, General Counsel & Secretary
Date: April 4, 2008

APPROVED AS TO FORM BY:

PLAINTIFFS' ATTORNEY

By: _____
Francis DiGiovanni (#3189)
CONNOLLY, BOVE, LODGE & HUTZ

The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

Attorney for Plaintiffs
Parker-Hannifin Corporation, and
Parker Intangibles, LLC

DEFENDANT'S ATTORNEY

By: _____
Sung-Eun Stephan Kim
SOJONG PARTNERS, ATTORNEYS AT LAW

9th Floor, Star Tower
737 Yeoksam 1-dong, Kangnam-ku
Seoul, 135-984, Korea
Tel : 82-2) 2112-1114
sekim@sojong.com

Attorney in Korea for Defendant
S-Tech Co., Ltd.

**CERTIFICATE OF SERVICE**

I Francis DiGiovanni hereby certify that on April 16, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and that I served same on the following counsel of record by email:

    Sung-Eun Stephan Kim
    Partner, Foreign Legal Consultant
    Sojong Partners, Attorneys at Law
    9th Floor, Star Tower
    737 Yeoksam 1-dong, Kangnam-ku
    Seoul, 135-984, Korea
    sekim@sojong.com


    */s/ Francis DiGiovanni*
    Francis DiGiovanni (#3189)
    fdigiovanni@cblh.com