## EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC<br>　　　Plaintiffs,<br><br>　　　v.<br><br>S-TECH CO., LTD.,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　C.A. No. 06-755-JJF<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT BY CONSENT

Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC (jointly and severally "Parker") and Defendant S-Tech Co., Ltd. ("S-Tech") having executed a License and Settlement Agreement dated ___APRIL 15___, 2008 (the "Agreement") in settlement of this action and having consented to the entry of this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action.

2. Parker is the owner of the entire right, title and interest in and to United States Letters Patent Nos. 6,387,523; 6,521,348; 6,716,536; and 6,777,095 including all rights of recovery for infringement thereof.

3. Each party shall bear its own costs and attorneys' fees.

4. This action shall be dismissed without prejudice.

ENTERED, this ___18___ day of ___April___, 2008.

_____
United States District Court Judge