AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>06cv755 | DATE FILED<br>12/8/2006 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Parker-Hannifin Corporation | | DEFENDANT<br>S-Tech Co. Ltd. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,387,523 B2 | 5/14/2002 | Parker-Hannifin Corporation |
| 2 | US 6,521,348 B2 | 2/18/2003 | Parker-Hannifin Corporation |
| 3 | US 6,716,536 B2 | 4/6/2004 | Parker-Hannifin Corporation |
| 4 | US 6,777,095 B2 | 8/17/2004 | Parker-Hannifin Corporation |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Final Judgment Order |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M Selmyer* | DATE<br>4/22/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC<br>    Plaintiffs,<br><br>    v.<br><br>S-TECH CO., LTD.,<br><br>    Defendant. | C.A. No. 06-755-JJF |

**FINAL JUDGMENT BY CONSENT**

Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC (jointly and severally "Parker") and Defendant S-Tech Co., Ltd. ("S-Tech") having executed a License and Settlement Agreement dated ___APRIL 15___, 2008 (the "Agreement") in settlement of this action and having consented to the entry of this Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action.

2. Parker is the owner of the entire right, title and interest in and to United States Letters Patent Nos. 6,387,523; 6,521,348; 6,716,536; and 6,777,095 including all rights of recovery for infringement thereof.

3. Each party shall bear its own costs and attorneys' fees.

4. This action shall be dismissed without prejudice.

ENTERED, this ___18___ day of ___April___, 2008.

_____
United States District Court Judge